**Robert L. ALLUM, Plaintiff–Appellant,**

v.

**UNITED STATES INTERNAL REVENUE SERVICE; United States of America, Defendants–Appellees.**

**No. 01–15273.**

**D.C. No. CV–00–00034–HDM.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 15, 2001.*

Decided Oct. 24, 2001.

Before REINHARDT, GRABER, and BERZON, Circuit Judges.

MEMORANDUM **

Robert L. Allum appeals pro se the district court's judgment dismissing for lack of jurisdiction his action seeking a declaratory judgment regarding whether money received in settlement of a civil rights lawsuit is excludable income for tax purposes pursuant to 26 U.S.C. § 104(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo dismissals for

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

lack of subject matter jurisdiction, *Hughes v. United States*, 953 F.2d 531, 535–37 (9th Cir.1992), and we affirm.

Contrary to Allum's contention, the district court correctly determined that his action is barred by the Declaratory Judgment Act, 28 U.S.C. § 2201. *See id.*

AFFIRMED.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Muzen's request for oral argument is denied.

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.